RICHARD J. TOWNE, Appellant, v. CITY OF NEW YORK, Respondent.— Action to recover damages for personal injuries sustained by plaintiff when a train on defendant's subway started in motion at the 137th Street station of its I. R. T. Line, while plaintiff was pinioned in the doorway of one of the cars, partly in and partly out of the car. The plaintiff's testimony was that he had been caught by the closing door as he attempted to board the car. Judgment dismissing the complaint at the close of plaintiff's case reversed on the law and a new trial granted, with costs to appellant to abide the event. In our opinion liability of the defendant was established prima facie. Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur. ·

∎

MILDRED VELOTTA, Appellant-Respondent, v. THOMAS VELOTTA, Respondent-Appellant.— In an action for separation, plaintiff appeals from that part of the judgment of separation which awards to her $85 a week for her support and maintenance and that of the two infant children of the parties in her custody; and defendant cross-appeals from that part of the judgment which directs payment to plaintiff of $1,500 counsel fees. Judgment, insofar as appealed from, modified on the facts (1) by striking from the third and fourth decretal paragraphs thereof the words " of $85.00 " and substituting in place thereof the words " of $110.00 "; (2) by striking out the fifth decretal paragraph thereof; (3) by striking from the sixth decretal paragraph the words " said arrears in the sum of $1,675.00 by paying the sum of $5.00 a week" and substituting therefor the words " the amount of arrears by paying the sum of $10.00 a week "; and (4) by striking from the seventh decretal paragraph the words " $5.00 per week " and substituting therefor the words " $10.00 per week ". As so modified, the judgment, insofar as appealed from, is unanimously affirmed, with costs to plaintiff-appellant. It is our opinion that under the facts and circumstances established by this record the award of $85 a week for the support and maintenance of the plaintiff wife and the two infant children of the parties is inadequate and should be increased as stated herein. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.